# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

In Re:

George Dean Myers, Jr. &
Ermalinda Trejo Myers,

Debtor(s).

Case No. 17-21631-dob
Chapter 13 Bankruptcy

Hon. Daniel S. Opperman

## DEBTORS' THIRD POST CONFIRMATION CHAPTER 13 PLAN MODIFICATION

**George Dean Myers, Jr. & Ermalinda Trejo Myers** (Debtor), by and through their counsel, Reinert & Reinert, by Joshua M. Reinert, propose the following post confirmation modification to the debtors' Chapter 13 Plan:

1) The debtors' Chapter 13 plan payment hereafter shall be $380.77 per week.

2) Debtors propose the duration of the Chapter 13 plan shall be 84 months from the date of confirmation, October 16, 2017, pursuant to 11 U.S.C. Section 1329(d)(1).

3) Debtors propose that, upon court approval of this plan modification, any plan funding delinquency as a result of missed plan payments (if any) or failure to pay income tax refunds to the Trustee is forgiven.

4) All other terms of the confirmed plan and the October 16, 2017 Order Confirming Plan remain the same and are incorporated herein.

5) Debtors will not be filing Amended Schedules I & J because their income and expenses are nearly unchanged from when these Schedules were last filed.

Pursuant to LBR 3015-2(b)(1)(C) the impact of the proposed plan modification on each class of creditors is as follows:

1) Class One: NONE

2) Class Two: NONE

3) Class Three: NONE

4) Class Four: NONE

1

5) Class Five: NONE

6) Class Six: NONE

7) Class Seven: NONE

8) Class Eight: NONE

9) Class Nine: There may be a reduction of distribution to Class 9 Creditors.

Attached hereto are the following as required by LBR 3015-1(b) and 3015-2(b)(1)(B):

1) Liquidation Analysis (See Attachment 1);

2) Chapter 13 Worksheet (See Attachment 2).

Dated: August 18, 2021

Respectfully Submitted,

REINERT & REINERT

/s/ Joshua M. Reinert
Joshua M. Reinert P-66185
3434 Davenport
Saginaw, MI 48602
Phone: (989) 799-8860
Email: ecf@mcreinert.com

/s/ George Dean Myers, Jr.
George Dean Myers, Jr.
Debtor

/s/ Ermalinda Trejo Myers
Ermalinda Trejo Myers
Debtor

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 95,000.00 | 116,159.87 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 1,990.00 | 0.00 | 1,990.00 | 1,990.00 | 0.00 |
| CASH/BANK ACCOUNTS | 914.30 | 0.00 | 914.30 | 914.30 | 0.00 |
| VEHICLES | 22,700.00 | 21,359.00 | 4,422.00 | 4,422.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 0.00

Amount Available in Chapter 7 $ 0.00

# ATTACHMENT 2 – CHAPTER 13 WORKSHEET

| Name | Claimed Amount | Coll / Value | Interest Rate | Monthly Payment | To Be Paid |
|---|---|---|---|---|---|
| Wells Fargo Bank NA | | | | $874.00 | $33,212.00 |
| Wells Fargo Bank NA | $19,357.23 | $19,357.23 | | | $19,357.23 |
| Wells Fargo Bank NA | $1,931.97 | $1,931.97 | | | $1,931.97 |
| Joshua Reinert (P66185) | | | | | $1,500.00 |
| Credit Acceptance Corporation | $9,950.00 | $2,416.45 | 6.0000 | $192.36 | $2,501.91 |
| **All Unsecured Creditors** | **Total Unsecured** | | **Percent Allowed** | | **Amount Allowed** |
| | $46,855.35 | | 0.9% | | $422.01 |

ATTACHMENT 2 – CHAPTER 13 WORKSHEET