United States Bankruptcy Court
Eastern District of Michigan

In re:
George Dean Myers, Jr.  Case No. 17-21631
Ermalinda Trejo Myers  Chapter 13
_____Debtors./  Hon. Daniel S. Opperman

## Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtors, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

    Joshua M. Reinert, Attorney for Debtors, 3434 Davenport Avenue, Saginaw, MI 48602

    Thomas W. McDonald, Jr., Chapter 13 Trustee, 3144 Davenport Avenue, Saginaw, MI 48602

Date: 8/20/21  /s/ Joshua M. Reinert
    Joshua M. Reinert (P66185)
    Attorney for Chapter 13 Debtors
    3434 Davenport Avenue
    Saginaw, MI 48602
    (989) 799-8860 Phone
    ecf@mcreinert.com