# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN – NORTHERN DIVISION

**In the Matter of**

**GEORGE DEAN MYERS, JR.**
**ERMALINDA TREJO MYERS**
    Debtor(s)
_____/
_____

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 17-21631**
**HON. DANIEL S. OPPERMAN**

## (PROPOSED) ORDER APPROVING CHAPTER 13 THIRD MODIFIED POST-CONFIRMATION PLAN MODIFICATION

    The Chapter 13 debtors herein having filed a Notice seeking approval of their Chapter 13 Post-Confirmation Third Modified Plan and a copy of the Chapter 13 Post-Confirmation Third Modified Plan and Notice having been mailed out to all creditors and interested parties as appears from the Proof of Service filed with the Court and all objections having been resolved to the proposed plan modification and the Court finding that each of the requirements for approval of the Post-Confirmation Chapter 13 Plan Modification pursuant to 11 U.S.C. §1325(a) and §1329 have been met and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY ORDERED** that the debtors' Chapter 13 Post-Confirmation Third Modified Plan filed with the Court on August 20, 2021 shall be and hereby is approved by the Court.

    **IT IS FURTHER ORDERED** that in Class V of the Plan, the term "crammed" refers to the bifurcation of a claim pursuant to the claim pursuant to 11 U.S.C. section 506 and is not applicable to 910 vehicle claims; and the term "modified" refers to a change in the interest rate or other terms not relating to collateral value, and the secured creditor will be paid equal monthly payments pursuant to the amount as recited in the claim.